# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Senior District Judge Richard P. Matsch

Date:                       October 18, 2011
Courtroom Deputy:    J. Chris Smith
FTR Technician:        Kathy Terasaki

_____

Civil Action No. 10-cv-02961-RPM

ECCO PLAINS, LLC.,                                             Matthew M. Wolf
KEN ULRICH and                                                  Jordon Factor
HIGH PLAINS CATTLE COMPANY, LLC.,

      Plaintiffs,

v.

UNITED STATES OF AMERICA,                            Dina L. Biblin
                                                                               Timothy B. Jafek

      Defendant.
_____

## COURTROOM MINUTES
_____

**Motion to Dismiss**

**10:58 a.m.**      **Court in session.**

Court's preliminary remark and states its understanding of the case facts and claims.

Argument by Ms. Biblin.
Argument by Mr. Wolf.

**ORDERED:**   **Motion to Dismiss Amended Complaint for Lack of Subject Matter Jurisdiction and for Failure to State a Claim [16], is granted. Civil action is dismissed with prejudice.**

**11:24 a.m.**      **Court in recess.**

Hearing concluded.  Total time: 26  min.