IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   10-cv-02961-RPM

ECCO PLAINS, LLC,
KEN ULRICH and
HIGH PLAINS CATTLE COMPANY, LLC,

     Plaintiff,
v.

THE UNITED STATES OF AMERICA,

     Defendants.
_____

## ORDER OF DISMISSAL
_____

     Pursuant to the hearing held today and upon the finding and conclusion that the amended complaint is insufficient to state a claim for relief by plaintiffs Ken Ulrich and High Plains Cattle Company, LLC, for conversion of the proceeds of sale of cattle owned by ECCO Plains, LLC, as alleged in the first claim for relief in the amended complaint and for negligence in the third claim for relief and that the plaintiff ECCO Plains, LLC, failed to file an administrative claim as required by 28 U.S.C. § 2675(a), resulting in a lack of jurisdiction over its claim for conversion in the second claim for relief and plaintiff ECCO Plains has failed to allege adequately a Fifth Amendment claim in the fourth claim for relief, it is therefore

     ORDERED that pursuant to Fed.R.Civ.P. 12(b)(1) and 12(b)(6) the amended complaint and this civil action are dismissed with prejudice.

     Dated: October 18, 2011

                             BY THE COURT:

                             s/Richard P. Matsch

                             _____
                             Richard P. Matsch, Senior Judge