IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   10-cv-02961-RPM

ECCO PLAINS, LLC,
KEN ULRICH and
HIGH PLAINS CATTLE COMPANY, LLC,

     Plaintiff,
v.

THE UNITED STATES OF AMERICA,

     Defendants.
_____

ORDER OF DISMISSAL FOR LACK OF JURISDICTION
_____

     Pursuant to the Order of the Tenth Circuit United States of Appeals issued September 4, 2013, and the Mandate issued October 28, 2013, it is

     ORDERED that this civil action is dismissed for lack of jurisdiction.

     Dated: October 30th, 2013

                                        BY THE COURT:

                                        s/Richard P. Matsch
                                        _____
                                        Richard P. Matsch, Senior District Judge